| UNITED STATES DISTRICT COURT WESTERN DISTRICT OF MICHIGAN | EXECUTION AGAINST PROPERTY | CASE NO. 1:18-cv-00419 JUDGE Janet T. Neff |
|---|---|---|

Office of the Clerk, 399 Federal Building, 110 Michigan St., N.W., Grand Rapids, Michigan 49503    (616) 456-2381

| Plaintiff name(s) and address(es) Antonio Jaimes-Valle c/o Avanti Law Group, PLLC 600 28th St SW Wyoming, MI 49509 | v | Defendant name(s) and address(es) Tadda Elzinga 3811 Heron Ave SW Grand Rapids, MI 49504 |
|---|---|---|

## REQUEST AND VERIFICATION

1. On Date 06/14/2018_____ , a judgment was granted in this case upon which the following is now due:

   Amount of judgment   $ 5,329.46_____
   Interest to this date   $ 00.00_____
   Post judgment costs   $ 00.00_____
   Total   $ 5,329.46_____   Less credits received $ 00.00_____   Total balance due $ 5,329.46_____

2. Personal jurisdiction was not acquired over the following defendant(s): N/A _____

3. The plaintiff requests the Court issue a writ of execution against the property of the following defendant(s): Tadda Elzinga, 3811 Heron Ave SW, Grand Rapids, MI 49504

I declare that the statements above are true to the best of my information, knowledge and belief.

Date 7/6/18

Address 600 28th St SW    City Wyoming    State MI    Zip 49509    Telephone No. 616-257-6807

Plaintiff / Attorney signature

## WRIT

TO ANY SHERIFF, DEPUTY SHERIFF, OR DEPUTY U.S. MARSHAL: **IN THE NAME OF THE PEOPLE OF THE UNITED STATES OF AMERICA, YOU ARE HEREBY COMMANDED:**

1. Seize the property described in the attached judgment for claim and delivery and deliver to the plaintiff(s); or if the property is not found in the possession of the defendant(s), levy the value of it.
2. Seize and sell, according to law, so much of the personal property of defendant(s) ___Tadda Elzinga___ _____ not exempt from execution, as will be sufficient to satisfy plaintiff's demand and costs.
3. If sufficient personal property of defendant(s) cannot be found within your jurisdiction, seize and sell so much of the real property of defendant(s) not exempt from execution, as will be sufficient to satisfy plaintiff's demand and costs.
4. Collect from sale of such property sufficient monies to pay all of your charges and fees to which you are entitled.
5. After service of this writ, make proper return in not less than 20 days, nor more than 90 days, from the date of receipt.

Clerk

July 10, 2018

Date

/s/ M. Garcia

Deputy Clerk

## ENDORSEMENT

I certify that I received this writ of execution on _____ at _____

Date    Time

_____

Deputy Sheriff / Deputy U.S. Marshal

PAGE ONE OF TWO